THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD P. DONAHUE, Appellant. [656 NYS2d 980] —Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed in accordance with the following Memorandum: Upon our review of the record, we exercise our power to reduce defendant's sentence as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [b]) by directing that the sentence run concurrently with the sentences imposed for driving while intoxicated as a felony and driving while intoxicated as a misdemeanor. (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Violation of Probation.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.